BRADNER *vs.* THE SUPERINTENDENT OF THE POOR OF THE COUNTY OF ORANGE.

*A common law certiorari* can issue only when allowed in open court, except when issued *ex debito justitiæ.*

MOTION to quash a *common law certiorari* allowed by a August 9. commissioner.

*By the Court,* SUTHERLAND, J. The motion must be granted. Even a judge of this court in vacation cannot allow such a *certiorari* and of course, a commissioner has not the power. Unless such certiorari is authorized by statute, its issuing can be only by order of the court on cause shewn, except when it issues *ex debito justitæ.* *7 Wendell,* 665, *and cases cited.*